AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>__Angel Velez_____<br>*Defendant* | )<br>)<br>) Case No. 14-1037 (AMD)<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING
*amended*

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 5-21-14

_Angel Velez_
*Defendant's signature*

_Robert B. K___
*Signature of defendant's attorney*

Robert B. Kurzweil  #250041976
*Printed name and bar number of defendant's attorney*

PO Box 2670 Cherry Hill NJ 08034
*Address of defendant's attorney*

rbkurzweil@yahoo.com
*E-mail address of defendant's attorney*

(856) 397-2309
*Telephone number of defendant's attorney*

NONE
*FAX number of defendant's attorney*