**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

| | |
|---|---|
| CAMDEN FEDERAL BUILDING and | 856/757-5026 |
| U.S. COURTHOUSE | FAX 856/968-4917 |
| 401 Market Street, Fourth Floor | |
| Mailing address:  P. O. Box 2098 | |
| Camden, New Jersey 08101 | |

September 24, 2014

Marcy Barrett, Deputy-in-Charge
Camden District Court Clerk's Office
Room 1050
P.O. Box 2797
Camden, New Jersey 08101

       Re: United States v. Angel Velez
          Case No. <u>14-1037 (AMD)</u>

Dear Ms. Barrett:

      Please be advised that the above mentioned matter has been closed.

      Therefore, kindly cancel your Recognizance Number CAM 0921, which was filed on July 2, 2014, in the amount of $100,000.00 and property.

      Thank you for your assistance.

                           Very truly yours,

                           PAUL J. FISHMAN
                         United States Attorney

                       **S/ Erin Fay**

                       By: ERIN FAY
                       Assistant U.S. Attorney